LAW OFFICES

# DAVID S. GREENFIELD

100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 481-9350

TELECOPIER (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED SEP 0 3 2019

August 29, 2019

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:    SEP 0 3 2019

Re: United States v. Ashirova, et al.
including Igor Stasovskiy
18 Cr. 509 (GBD)

Dear Judge Daniels:

I am CJA counsel for defendant Igor Stasovskiy in the above captioned case. I am writing to request a temporary modification of Mr. Stasovskiy's bail conditions that will allow him to attend and perform in the : "Tangle Music Festival" which will take place from September 6th through Sepemeber 8th , 2019 in Cuddebackville, New York. I have discussed the requested bail modification with AUSA Matthew Hellman and Pre-Trial Services Officer Dennis Khilkevich and they consent to the proposed temporary bail modification.

Please have your chambers contact my office if Your Honor has any questions about this request.

Sincerely,

David S. Greenfield

DG/sc