


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 3 0 2020

Re: *United States* v. *Mors*, et al.
18 Cr. 509 (GBD)

Dear Judge Daniels,

On March 24, 2020, the Court adjourned the status conference for remaining defendants in this case from April 2, 2020, until June 4, 2020. (ECF No. 544.) The Government respectfully requests that Speedy Trial time be excluded between April 2, 2020, and June 4, 2020, in the interests of justice, to allow for the parties to continue engaging in discussions regarding potential dispositions of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

cc: Counsel of record (by ECF)