**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

   -against-

IGOR STASOVSKIY,

                      Defendant.

------------------------------------- x

ORDER

18 Crim. 509-22 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 2, 2020 conference is adjourned to June 4, 2020 at 10:00 a.m.

Dated: New York, New York
       March 31, 2020

                                  SO ORDERED.

                                  GEORGE B. DANIELS
                                  United States District Judge