**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

   -against-

CESAR ARIAS; MARIO GARCIA
BRACAMONTE; JESSE AGUIRRE-JIMENEZ,

                       Defendants.

------------------------------------ X

ORDER

20 Crim. 139 (GBD)

GEORGE B. DANIELS, District Judge:

The May 7, 2020 status conference is adjourned to July 9, 2020 at 10:00 a.m.

Dated: April 21, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE