UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

UNITED STATES OF AMERICA,

    -against-

IGOR STASOVKIIY; NIKOLAY TUPIKIN;
MAXIM SUVERIN; GANISHER BIDJIEV;
FARIDA RADJABOVA,

    Defendants.

---------------------------------- x

ORDER

18 Crim. 509 (GBD)

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020

GEORGE B. DANIELS, District Judge:

    The June 4, 2020 status conference is adjourned to September 9, 2020 at 10:00 a.m. The parties are ordered to submit a letter, at least 30 days prior to the next conference date, updating this Court on the status of each case and any potential dispositions.

Dated: June 3, 2020
      New York, New York

                          SO ORDERED.

                          *George B. Daniels*
                          GEORGE B. DANIELS
                          UNITED STATES DISTRICT JUDGE