LAW OFFICES

# DAVID S. GREENFIELD

100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 481-9350

TELECOPIER (212) 571-5507

September 22, 2020

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Ashirova, et al.
      *including Igor Stasovskiy*
      1:18 Cr. 509-22 (GBD)

**SO ORDERED:**

George B. Daniels, U.S.D.J.

**Dated:**      SEP 2 3 2020

Dear Judge Daniels:

I am CJA counsel for defendant Igor Stasovskiy in the above-captioned case. I am writing to inform Your Honor about a recent issue regarding Mr. Stasovskiy's pre-trial release conditions.

Mr. Stasovskiy was invited to participate in a music festival in Deer Park from September 18 to September 20, 2020. He obtained approval from his pre-trial officer to attend, but I did not believe that a modification of his release conditions was necessary because the music festival was held within the Eastern District of New York. However, I later learned that Mr. Stasovskiy's attendance at the festival required him to be out of his house after curfew, and that I therefore should have contacted the government and requested a temporary modification from Your Honor.

I have recently spoken with Mr. Stasovskiy's pre-trial officer and with Assistant U.S. Attorney Matthew Hellman, and all parties are in agreement that Mr. Stasovskiy did not intentionally violate his conditions of release by attending the music festival. Therefore, I am respectfully requesting a *nunc pro tunc* temporary modification of his release conditions permitting him to attend the music festival after his regular curfew hours from September 18 to 20, 2020.

Please have your chambers contact my office if Your Honor has any questions about this request.

Respectfully submitted,

___/s/_____

David S. Greenfield