UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

        -against-

IGOR STASOVSKIY,

        Defendant.

------------------------------------x

ORDER

18 Crim. 509-22 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 3 2020

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for Thursday, October 15, 2020 at 10:00 a.m.

Dated: September 23, 2020
New York, New York

                        SO ORDERED.

                        *George B Daniels*
                        GEORGE B. DANIELS
                        United States District Judge